IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GREER,

    Plaintiff,

-vs-                                          Case No. 2:10-CV-10604-PJD-PJK
                                            Hon. Patrick J. Duggan

JAMES C. BENDER, and
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AS TO DEFENDANT, JAMES BENDER**

    **NOW COMES** the Plaintiff, ROBERT GREER, by and through his attorney, The Law Offices of Brian P. Parker, P.C., and voluntarily dismisses with prejudice Defendant, JAMES BENDER, from the above action and with no costs or attorney fees to either party.

                                                Respectfully submitted,

                                                LAW OFFICES OF BRIAN P. PARKER, P.C.

                                                _s/Brian P. Parker_
                                                BRIAN P. PARKER (P48617)
                                                Attorney for Plaintiff
                                                30700 Telegraph Rd, Suite 1580
                                                Bingham Farms, MI 48025
Dated: April 15, 2010                       (248) 642-6268
                                                lemonlaw@ameritech.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**ROBERT GREER,**

        **Plaintiff,**

**-vs-**                                                            **Case No. 2:10-CV-10604-PJD-PJK**
                                                                                **Hon. Patrick J. Duggan**

**JAMES C. BENDER, and
EXPERIAN INFORMATION SOLUTIONS, INC.**

        **Defendants.**

_____/

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANT JAMES BENDER**

At a session of said Court held in the
County of Wayne, State of Michigan
on April 16, 2010

PRESENT: HON. PATRICK J. DUGGAN

Upon the reading and filing of the Notice of Voluntary Dismissal With Prejudice, as to Defendant, JAMES BENDER, and Without Costs, the Court being otherwise advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED Defendant, JAMES BENDER is hereby dismissed from this cause of action, with no costs or attorney fees to either party.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 16, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 16, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager